```
                            FILED
                      2007 SEP 18  PM 2:05
                      CLERK US DISTRICT COURT
                    SOUTHERN DISTRICT OF CALIFORNIA

                      BY      CP          DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07cr0642-GT |
| Plaintiff, ) | |
| v. ) | |
| **MAURICIO CRUZ-FUENTES,** ) | |
| **JORGE GRANADOS-ALVAREZ,** ) | ORDER |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the joint motion (docket no.35 ) requesting the continuance of the sentencing hearing currently set for September 17, 2007 and continued to October 18, 2007, at 9:00 a.m., be **GRANTED**. Parties agree to exclude time.

**SO ORDERED.**

Dated: 9-18-07

HONORABLE GORDON THOMPSON
United States District Court Judge